# Whitley *v.* The State.

*Murder.*

(Decided Feb. 3, 1910.   Rehearing denied Feb. 26, 1910.)
52 South. 203.)

*Indictments and Information; Endorsements.*—An indictment is not valid which is not endorsed "a true bill" and signed by the foreman of the grand jury as required by section 7300, Code 1907.

APPEAL from Winston Circuit Court.
Heard before Hon. J. J. RAY.

[Whitley v. The State.]

Eliza Whitley was convicted of murder and she appeals. Reversed and remanded.

CURTIS & BLANTON, and M. L. LEITH, for appellant. Counsel discuss the merits of the case as raised by the charges and the evidence, but do not discuss the points decided.

ALEXANDER M. GARBER, Attorney General, THOMAS W. MARTIN, Assistant Attorney General, and W. C. DAVIS, Solicitor, for the State. Counsel discuss the case as presented by the appellant with citation of authority, and on motion for rehearing insists that the indictment was properly endorsed, and that the clerk was guilty of a clerical error in failing to so show in the transcript. They, therefore, ask for a rehearing, the setting aside of the submission, and a certiorari to bring up a corrected record.

EVANS, J.—The transcript of the record in this case shows no valid indictment. There is no indorsement on the indictment, as required by section 7300 of the Code of 1907, to wit, "A true bill," signed by the foreman of the grand jury. Until an indictment is so indorsed, there is no valid indictment.—*Mose v. State,* 35 Ala. 425, 426; *Winston v. State,* 52 Ala. 520.

No valid indictment having been shown, it is useless to consider the other rulings of the court.

Reversed and remanded.

DOWDELL, C. J., and ANDERSON and SAYRE, JJ., concur.